IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:13-cv-00159-D

PETER S. VINAL,                              )
                                             )
            Plaintiff,                       )
                                             )
v.                                           )
                                             )        **ORDER**
SUNTRUST MORTGAGE, INC.,                     )
FEDERAL NATIONAL MORTGAGE                    )
ASSOCIATION, JOSEPH C. IRVING,               )
KATHY B. BAGBY, SAFEGUARD                    )
PROPERTIES, LLC, JOHN DOES, TO               )
BE NAMED LATER,                              )
                                             )
            Defendants.                      )

This matter is before the Court upon the Motion of Defendant, SunTrust Mortgage, Inc.,

to stay all pretrial deadlines and discovery in this matter pending disposition of SunTrust

Mortgage, Inc.'s Motion to Dismiss. For good cause shown, this Motion is **GRANTED**.

SO ORDERED. This _3l_ day of January 2014.

JAMES C. DEVER III
Chief United States District Judge