UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| PETER S. VINAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 7:13-CV-159-D |
| | ) | |
| FEDERAL NATIONAL MORTGAGE | ) | |
| ASSOCIATION, JOSEPH C. IRVING, | ) | |
| KATHY B. BAGBY, SAFEGUARD | ) | |
| PROPERTIES, LLC, JOHN DOES, and | ) | |
| SUNTRUST MORTGAGE, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable James C. Dever III, Chief United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED, AND DECREED** the court grants Safeguard's motion for summary judgment [D.E. 47].


**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that in accordance with the court's order entered on December 18, 2013, the Federal National Mortgage Association, Joseph C. Irving, Kathy B. Bagby, and John Does are dismissed as defendants.


**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that in accordance with the court's order entered on February 12, 2014, the court grants SunTrust's motion to dismiss and dismisses Sun Trust as a defendant.


This case is closed.


**This Judgment Filed and Entered on September 18, 2015, and Copies To:**

| | |
|---|---|
| James W. Lea, III | (via CM/ECF electronic notification) |
| Camden R. Webb | (via CM/ECF electronic notification) |

Elizabeth Connolly Stone          (via CM/ECF electronic notification)

David S. Coats                    (via CM/ECF electronic notification)

John Thomas Crook                 (via CM/ECF electronic notification)

DATE                              **JULIE RICHARDS JOHNSTON, CLERK**

September 18, 2015                By:    /s/ Crystal Jenkins

                                        Deputy Clerk